IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
(KANSAS CITY DOCKET)

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                                       )<br>           Plaintiff,                        )<br>                                                       )<br>      vs.                                          )<br>                                                       )<br>                                                       )<br>HAYWOOD T. MADISON,            )<br>                                                       )<br>           Defendant.                     )<br>_____ ) | No. 09- 20094 KHV/JPO |

## INDICTMENT

The Grand Jury charges:

### COUNT 1

On or about December 30, 2008, in the District of Kansas, the defendant,

**HAYWOOD T. MADISON,**

knowingly and intentionally possessed with intent to distribute more than five grams of a mixture and substance containing cocaine base ("crack cocaine"), a controlled substance.

This was in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(iii).

## COUNT 2

On or about December 30, 2008, in the District of Kansas, the defendant,

**HAYWOOD T. MADISON,**

knowingly and intentionally possessed with intent to distribute a mixture and substance containing heroin, a controlled substance.

This was in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

A TRUE BILL.

Dated: July 15, 2009                S/Foreperson_____
                                    FOREPERSON


S/ Trent M. Krug #19454 for_____
LANNY D. WELCH
UNITED STATES ATTORNEY
DISTRICT OF KANSAS
1200 Epic Center
Wichita, Kansas 67202
Tel. 316-269-6481
Fax 316-269-6484
lanny.welch@usdoj.gov
Ks. S. Ct. No. 13267


(It is requested that trial of the above captioned case be held in Kansas City, Kansas.)

**PENALTIES:**

COUNT 1:

- NLT 5 to NMT 40 years imprisonment;
- NMT $2,000,000.00 fine;
- NLT 4 years Supervised Release; and
- $100.00 Special Assessment

If the defendant has a prior conviction for a felony drug offense the penalties are:

- NLT 10 years to NMT life imprisonment;
- NMT $4,000,000.00 fine;
- NLT 8 years Supervised Release; and
- $100.00 Special Assessment

COUNT 2:

- NMT 20 years imprisonment;
- NMT $1,000,000.00 fine;
- NLT 3 years Supervised Release; and
- $100.00 Special Assessment

If the defendant has a prior conviction for a felony drug offense the penalties are:

- NMT 30 years imprisonment;
- NMT $2,000,000.00 fine;
- NLT 6 years Supervised Release; and
- $100.00 Special Assessment