AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

_____ District of Kansas _____

## APPEARANCE

UNITED STATES OF AMERICA,
               Plaintiff,

      vs.                                          CASE NUMBER: 09-20094-01 JPO
HAYWOOD T. MADISON,
               Defendant.

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for

        Haywood T. Madison, Defendant.

    I certify that I am admitted to practice in this court.


| | |
|---|---|
| July 16, 2009 | s./ Tim Burdick |
| Date | Signature |

| | |
|---|---|
| Tim Burdick | 78152 |
| Print Name | Bar Number |
| Assistant Federal Public Defender | |
| Federal Public Defender Office | |
| 500 State Avenue, Suite 201 | |
| Address | |
| | |
| Kansas City, Kansas | 66101 |
| City    State | Zip Code |
| | |
| (913) 551-6712 | (913) 551-6562 |
| Phone Number | Fax Number |