AO 442 (Rev. 10/03) Warrant for Arrest

# United States District Court

DISTRICT OF Kansas

UNITED STATES OF AMERICA

V.

HAYWOOD T. MADISON

**WARRANT FOR ARREST**

CASE NUMBER: 09-20094 KHV/JPO

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest HAYWOOD T. MADISON
                                                        Name

and bring him or her forwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of Court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her    (brief description of offense)

Possession with intent to distribute more than five grams of a mixture and substance containing cocaine base ("crack cocaine")

in violation of  21  United States Code, Section(s)  841(a)(1)

Timothy M. O'Brien
Name of Issuing Officer

Clerk of Court
Title of Issuing Officer

Signature of Issuing Officer

at Kansas City, Kansas
Date and Location

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFIi | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 7-16-09 | Michael G. Mrachek | MGM |
| DATE OF ARREST | Special Agent FBI | |
| 7-16-09 | | |

Stamp: RECEIVED UNITED STATES MARSHAL DISTRICT OF KANSAS (KANSAS CITY OFFICE) JUL 16 2009

Stamp: JUL 17 AM 9:06