<u>CLERK'S COURTROOM MINUTE SHEET - CRIMINAL - MAGISTRATE JUDGE</u>

UNITED STATES OF AMERICA

v.

HAYWOOD. T. MADISON-01

Case No: 09-20094-KHV-JPO
AUSA: Scott Rask
Deft. Atty.: Michael Harris (fpd)

---

| | | | |
|---|---|---|---|
| JUDGE: | David J. Waxse | DATE: | July 16, 2009 |
| DEPUTY CLERK: | Yolanda Holman | TIME: | 3:45 p.m. |
| INTERPRETER: | | PRETRIAL/PROBATION: | Shawn Brewer |

Length of Hearing: _____ Hr(s) Min(s) __5__      Location: Kansas City, Kansas
Hearing Concluded: _x_ Yes ____ No

## PROCEEDINGS

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| (x) | Rule 5 Hearing | ( ) | Initial Revocation Hearing | | | ( ) | Bond Hearing |
| ( ) | ID/Removal Hearing | ( ) | Held | ( ) | Waived | ( ) | Bond Revocation Hearing |
| ( ) | Preliminary Hearing | ( ) | Held | ( ) | Waived | ( ) | Arraignment |
| ( ) | Detention Hearing | ( ) | Held | ( ) | Waived | ( ) | |
| ( ) | Discovery Conference | ( ) | Held | ( ) | Waived | | |

( ) Interpreter        ( ) Appointed        ( ) Sworn
(x) Charges and penalties explained to defendant
(x) Defendant sworn and examined re: financial ability to retain counsel
(x) Counsel appointed        ( ) At defendant's expense
(x) Constitutional rights explained  ( ) Felony        ( ) Misdemeanor
( ) Defendant declined to waive indictment        ( ) Will be presented by next Grand Jury
( ) Signed Waiver of Indictment
( ) Advised of rights        ( ) Rule 20
( ) Signed Consent to Transfer (Rule 20)
( ) Petition to Enter Plea Filed        ( ) Plea Agreement Attached
( ) Transfer to the _____ District of _____

( ) ARRAIGNMENT AND PLEA:                                        ( ) No. of Counts _____
    ( ) Waived Reading of    ( ) Indictment    ( ) Information    ( ) Read to Defendant
    ( ) Previous Plea        ( ) Guilty        ( ) Not Guilty    Counts:_____Withdrawn
    ( ) Guilty                                                   Counts:_____Accepted
    ( ) Not Guilty                                               Counts: _____
( ) Bail fixed at           ( ) Bail denied                     ( ) Bail remains denied
( ) $_____    ( ) Unsecured                        ( ) Secured
( ) Release Order          ( ) Executed                         ( ) Continued in effect
(x) Deft. remanded to custody   ( ) Pending compliance with conditions of release
(x) Temporary Detention Ordered

Deft's next appearance: Detention hearing set on **July 21, 2009 at 11:30 a.m.** before Magistrate Judge James P. O'Hara
Miscellaneous: Government orally move for pretrial detention and a continuance of that hearing. Detention set 7/21/09 at 11:30 a.m.