AO 442 (Rev. 10/03) Warrant for Arrest

# United States District Court

DISTRICT OF     Kansas

UNITED STATES OF AMERICA

V.

HAYWOOD T. MADISON

**WARRANT FOR ARREST**

CASE NUMBER: 09-20094 KHV/JPO

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest HAYWOOD T. MADISON
                                                                                       Name

and bring him or her forwith to the nearest magistrate judge to answer a(n)

[ ] Indictment    [ ] Information    [ ] Complaint    [ ] Order of Court    [ ] Probation Violation Petition    [ ] Supervised Release Violation Petition    [ ] Violation Notice

charging him or her     (brief description of offense)

Possession with intent to distribute more than five grams of a mixture and substance containing cocaine base ("crack cocaine")

in violation of  21  United States Code, Section(s)  841(a)(1)

Timothy M. O'Brien
Name of Issuing Officer

Signature of Issuing Officer

Clerk of Court                                                                       at Kansas City, Kansas
Title of Issuing Officer                                                  Date and Location

## RETURN

This warrant was received and executed with the arrest of the above-named defendant

| DATE RECEIVED  7-16-09 | NAME AND TITLE OF ARRESTING OFFIi  Michael G. Mrachek  Special Agent  FBI | SIGNATURE OF ARRESTING OFFICER  MG. M— |
|---|---|---|
| DATE OF ARREST  7-16-09 | | |