IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, } | | |
|     Plaintiff, } | | |
| } | | |
| vs. } | Case No. 09-20094-01-KHV | |
| } | | |
| HAYWOOD T. MADISON, } | | |
|     Defendant. } | | |

**MOTION FOR ADDITIONAL TIME TO FILE PRETRIAL MOTIONS**

NOW COMES Defendant, Haywood T. Madison, by and through counsel, Tim Burdick, and moves the Court to grant additional time for the preparation and filing of pretrial motions. In support of this motion Defendant states and alleges to the Court as follows:

1. The deadline for filing pretrial motions in the above captioned case is August 11, 2009.

2. To determine if any motions should be filed in this case, Counsel needs additional time for the following reasons:

    a. The discovery in this case is over 100 pages and also includes multiple CD's.

    b. Portions of discovery have been provided as recently as August 10, 2009.

    c. Further research and investigation are necessary to evaluate the legal and factual strength of any pre-trial motions.

3. Defendant understands that any delays caused by the filing of this motion shall be excluded from speedy trial calculations under the term of <u>United States v. Mobile Materials, Inc.</u>, 871 F.2d 902 (10th Cir. 1989).

4. Government counsel, Trent Krug has no objection to this extension of time request.

WHEREFORE, for the following reasons Defendant makes request for an additional month in which to file pretrial motions.

Respectfully submitted,

s/ Tim Burdick
TIM BURDICK            #78152
Assistant Federal Public Defender
500 State Avenue, Suite 201
Kansas City, Kansas  66101
Telephone: (913)  551-6712
Fax: (913) 551-6562
E-mail: Tim_Burdick@fd.org

**CERTIFICATE OF SERVICE**

I certify that on August 11, 2009, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the following:

Trent Krug
Trent.Krug@usdoj.gov

s/ Tim Burdick
TIM BURDICK            #78152
Assistant Federal Public Defender
500 State Avenue, Suite 201
Kansas City, Kansas  66101
Telephone: (913)  551-6712
Fax: (913) 551-6562
E-mail: Tim_Burdick@fd.org