IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | } | |
|     Plaintiff, | } | |
| | } | |
|     vs. | } | Case No. 09-20094-01-KHV |
| | } | |
| HAYWOOD T. MADISON, | } | |
|     Defendant. | } | |

**MOTION TO CONTINUE TRIAL DATE**

    COMES NOW Defendant, Haywood Madison, by and through his attorney, Tim Burdick and moves the Court to continue the trial of this matter. In support of this motion Counsel states as follows:

    1. Trial is scheduled to begin on Tuesday November 3, 2009 at 9:30 a.m.

    2. The government is in the process of retrieving trace evidence and possibly testing it in comparison to Mr. Madison's DNA sample. The results of such testing could result in additional charges being filed against Mr. Madison.

    3. It is clear that the testing begun by the government will not be completed by the November 3 trial date.

    4. It is Counsel's belief that if additional charges were filed, it would be in Mr. Madison's best interest to resolve all charges simultaneously as opposed to piecemeal.

    5. Counsel has discussed the legal consequences of new charges and a continuance request with Haywood Madison. Mr. Madison agrees that it is in his best interest to continue the current trial date.

    6. Government counsel, Trent Krug, joins in this request for a continuance.

7. Defendant understands that any delay caused by this application is excluded from the speedy trial calculations under Title 18 U.S.C. §3161(h)(7)(A).

WHEREFORE, counsel requests a continuance for a period of sixty days.

Respectfully submitted,


s/ Tim Burdick
TIM BURDICK            #78152
Assistant Federal Public Defender
500 State Avenue, Suite 201
Kansas City, Kansas  66101
Telephone: (913)  551-6712
Fax: (913) 551-6562
E-mail: Tim_Burdick@fd.org


**CERTIFICATE OF SERVICE**

I certify that on October 26, 2009, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the following:

Trent Krug
Trent.Krug@usdoj.gov


s/ Tim Burdick
TIM BURDICK            #78152
Assistant Federal Public Defender
500 State Avenue, Suite 201
Kansas City, Kansas  66101
Telephone: (913)  551-6712
Fax: (913) 551-6562
E-mail: Tim_Burdick@fd.org