*(Revised 5/93)*            CLERK'S COURTROOM MINUTE SHEET - CRIMINAL

PRETRIAL PROCEEDINGS

CASE NO. **09-20094-01-KHV**

| CAPTION: | APPEARANCES: |
|---|---|
| **UNITED STATES OF AMERICA** | Trent M. Krug |
| vs. | |
| **HAYWOOD T. MADISON** | Tim H. Burdick |
| | ( ) Retained ( X ) Appointed |

Judge: KATHRYN H. VRATIL            Kansas City:    X
Clerk:    Linda South                           Topeka:
Reporter:    Teri Hallberg                      Wichita:

Date: **November 3, 2009**            PROCEEDINGS

( ) Arraignment & Plea        ( ) Waiver of Indictment        ( ) Felony
(X) Change of Plea             ( ) Appearance                 ( ) Misdemeanor

( ) Interpreter ( )Appointed ( )Sworn    Name:
(X) Constitutional Rights Explained
( ) Declines to Waive Indictment        ( ) Will be Presented to Next Grand Jury
( ) Signed Waiver of Indictment          ( ) Information Filed:
( ) Signed Consent to Transfer (Rule 20)
(X) Petition to Enter Plea Filed          (X) Plea Agreement Attached (For Details See Petition)
( ) Waived Reading of:                ( ) Indictment    ( ) Number of Counts
                                                                 ( ) Information    ( ) Read to Defendant
   (X) Previous Plea: ( ) Guilty    (X) Not Guilty        Counts:    1 & 2    Withdrawn
   (X) Guilty                                                         Counts:    1 & 2    Accepted
   ( ) Not Guilty                                              Counts:

(X) Judgment Deferred (X) P.S.I. Ordered    (X) Sentencing Set For: February 2, 2010 at 1;30 p.m.
( ) Set for Trial:
( ) Bail $                          ( ) Continued on Present Bail       (X) Remanded to Custody
( ) Pretrial Motions to be Filed by:
( ) Counts:                     ( ) To be Dismissed on Motion of the U.S. at Sentencing