(Revised 5/93)

CLERK'S COURTROOM MINUTE SHEET - CRIMINAL

SENTENCING WORKSHEET

CASE NO. 09-20094-KHV

CAPTION:                      APPEARANCES:

**UNITED STATES OF AMERICA**        **Trent M. Krug**

               vs.

**HAYWOOD T. MADISON**        **Tim H. Burdick**

                                 ( ) Retained     (x) Appointed

Judge: __VRATIL__    Clerk: __HOLMAN__    Reporter: __HALLBERG__      Kansas City: __X__
                                                                                   Topeka: _____
                                                                                   Wichita: _____

Date: __February 2, 2010__
Time: Hrs.____ Min __10__

(X) For Details of Sentence See Judgment and Commitment Order

( ) Restitution Ordered under 18:3663       $_____ on count(s)
_____

                                                    $_____ on count(s)
_____

                                                    $_____ on count(s)
_____

( ) **Total Restitution**                    **$_____**

( ) Defendant Fined                    $_____ on count(s)
_____

                                                    $_____ on count(s)
_____

                                                    $_____ on count(s)
_____

( ) **Total Fine**                             **$_____**

( x ) Defendant Assessed under 18:3013     $_____1 & 2_____ on count(s)
_____

                                                    $_____ on count(s)
_____

                                                    $_____ on count(s)

_____

(x) **Total Assessment**                                  $\_\_\_**200.00**_____

( ) Count(s) _____ dismissed by the court on the motion of the United States.

( ) Govt    ( ) Deft  --- Advised of Right to Appeal              ( ) Vol. Surrender:_____

(x)  Defendant Remanded to Custody                               ( ) Continued on Present Bond

( ) Stay of Execution     ( ) Granted    ( ) Denied    ( ) _____

Defendant sentenced to 60 months imprisonment on counts 1 and 2 to run concurrent: 4 years supervised release on counts 1 and 2 to run concurrent.