**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | No. 09-20094-01-KHV |
| | ) | |
| **HAYWOOD T. MADISON,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**ORDER**

**NOW** on this   6th   day of   November  , 2015, it is hereby ordered that the Federal Public Defender for the District of Kansas be appointed to provide consultation and representation for the above named individual

IT IS SO ORDERED.

  s/ Kathryn H. Vratil  
HON. KATHRYN H. VRATIL
UNITED STATES DISTRICT JUDGE

1