**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **CRIMINAL ACTION** |
| v. | ) | |
| | ) | No. 09-20094-01-KHV |
| **HAYWOOD T. MADISON,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

**ORDER**

This matter is before the Court on defendant's Motion To Terminate Supervised Release Term (Doc. #29) filed October 27, 2016.  The Court may "terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release . . . if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice."  18 U.S.C. § 3583(e)(1).  The Court has considered the applicable factors set forth in 18 U.S.C. § 3553(a) and the positions of the United States Attorney and the United States Probation Office.  For substantially the reasons stated in defendant's Motion To Terminate Supervised Release Term (Doc. #29), the Court finds that defendant's term of supervised release should be terminated.

**IT IS THEREFORE ORDERED** that defendant's Motion To Terminate Supervised Release Term (Doc. #29) filed October 27, 2016 is **SUSTAINED**.  The Court terminates the remaining term of defendant's supervised release.  Defendant is discharged.

Dated this 2nd day of November, 2016 at Kansas City, Kansas.

s/ Kathryn H. Vratil
KATHRYN H. VRATIL
United States District Judge